IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No.: 3:25-cv-558

David Lambert and Jason Myers,

    *Plaintiffs,*

v.

CITY OF CHARLOTTE, North Carolina

    *Defendant.*

**NOTICE OF REMOVAL**

**PLEASE TAKE NOTICE** that the Defendant, the City of Charlotte, by and through the undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, is respectfully removing this action from the General Court of Justice, Superior Court Division, of the State of North Carolina, Mecklenburg County, to the United States District Court for the Western District of North Carolina based on the following grounds:

1. On March 28, 2025, Plaintiffs attempted to commence a lawsuit through the issuance of a civil summons and an order extending the time to file a complaint in Mecklenburg County Superior Court, styled *David Lambert, Jason Myers v. City of Charlotte*, North Carolina Civil Action No. 25-CV-016418-590.

2. Defendant received a copy of the Complaint on or about June 30, 2025. Attached hereto as **Exhibit A** are all processes, pleadings, and other documents filed with General Court of Justice, Superior Court Division, of the State of North Carolina, Mecklenburg County pursuant to 28 U.S.C. § 1446(a).

3. This Notice is being timely filed within thirty (30) days of the receipt of the initial Summons and Complaint, received June 30, 2025, as required by 28 U.S.C. § 1446(b).

4. Plaintiffs' allegations against the Defendant in the State Court Action arise from what appears to be an alleged: (1) failure to engage in the interactive process; (2) failure to accommodate; (3) failure to promote; (4) discrimination; and (5) retaliation, all in violation of the Americans with Disabilities Act as Amended (hereinafter the "ADA").

5. Plaintiffs' allegations and claims are of a civil nature that raise federal questions arising under the ADA and for which the United States District Court for the Western District of North Carolina has original jurisdiction; therefore, these claims are subject to removal pursuant to 28 U.S.C. § 1331.

6. Removal is proper under 28 U.S.C. § 1446 based upon the forgoing.

7. In removing this action, the Defendant does not waive any defenses that may be available to it, including without limitation that the City of Charlotte, North Carolina is not a legal entity capable of being sued.

8. A copy of this Notice of Removal will be filed with the Clerk of Court for the North Carolina General Court of Justice, Superior Court Division, Mecklenburg County and thereafter served upon Plaintiff pursuant to 28 U.S.C. §1446(d).

**WHEREFORE**, Defendant, by and through the undersigned counsel, removes the State Court Action from the North Carolina General Court of Justice, Superior Court Division, Mecklenburg County to the United States District Court for the Western District of North Carolina.

Respectfully submitted this the 29th day of July, 2025,

                                        **OFFICE OF THE CITY ATTORNEY**

                                        /s/Isaac Sturgill
                                        Isaac Sturgill (N.C. Bar No. 44837)
                                        600 East 4th Street, 7th Floor
                                        Charlotte, NC 28202
                                        Telephone: 980-417-3057
                                        isaac.sturgill@charlottenc.gov

                                        *Counsel for Defendant*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing **NOTICE OF REMOVAL** was electronically filed with the Clerk of Clerk using the CM/ECF system and further delivered to each of the below listed person(s) this date by placing the same in an official depository under the exclusive care and custody of the United States Postal Service, addressed as follows:

R. Michael Elliot
Elliot Morgan Parsonage PLLC
300 E. Kingston Avenue, Suite 200
Charlotte, NC 28203

*Counsel for the Plaintiffs*

This the 29th day of July, 2025    ,

                              **OFFICE OF THE CITY ATTORNEY**

                              /s/Isaac Sturgill
                              Isaac Sturgill (N.C. Bar No. 446837)